570 A.2d 1319

**Andrew MUSIOLOWSKI, Deceased, by Rose MUSIOLOWSKI, Widow,**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD and United States Steel Corporation.**

**Appeal of USX CORPORATION.**

Supreme Court of Pennsylvania.

Argued March 9, 1990.

Decided March 21, 1990.

Robert C. Jones, William J. McKim, Pittsburgh, for appellant.

Simon B. John, Uniontown, Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Case remanded to Workmen's Compensation Appeal Board for further medical testimony in accordance with the standard expressed in *McCloskey v. Workmen's Compensation Appeal Board*, 501 Pa. 93, 460 A.2d 237 (1983).

McDERMOTT, J., did not participate in the consideration or decision of this case.